```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 46700
   GERTRUDE LEWIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3427

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 12/20/2004 and was confirmed 05/16/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 08/13/2007.
-----------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
-----------------------------------------------------------------------
   SAXON MORTGAGE             CURRENT MORTG       .00           .00           .00
   SAXON MORTGAGE             MORTGAGE ARRE     1868.43         .00       1868.43
   AT & T WIRELESS            UNSECURED          653.10         .00        653.10
   PEOPLES GAS LIGHT & COKE   UNSECURED             .00         .00           .00
   AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00           .00
   CITY OF CHICAGO WATER DE   SECURED            149.26         .00        149.26
   ECAST SETTLEMENT CORP      UNSECURED          974.48         .00        974.48
   GLENDA J GRAY              DEBTOR ATTY      2,200.00                   2,200.00
   TOM VAUGHN                 TRUSTEE                                       361.20
   DEBTOR REFUND              REFUND                                     29,985.52

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
   TRUSTEE             36,191.99

   PRIORITY                                           .00
   SECURED                                       2,017.69
   UNSECURED                                     1,627.58
   ADMINISTRATIVE                                2,200.00
   TRUSTEE COMPENSATION                            361.20
   DEBTOR REFUND                                29,985.52
                       --------------         --------------
   TOTALS              36,191.99               36,191.99
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE